IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GARY L. WHITE, JR.,

        Petitioner,

v.

        Case No. 5D23-932
        LT Case Nos. 2020-CF-5068
                  2021-CF-442
                  2021-CF-1091
                  2020-CF-5069
                  2020-CF-5067

STATE OF FLORIDA,

        Respondent.

_____/

Opinion filed March 31, 2023

Petition for Writ of Quo Warranto,
A Case of Original Jurisdiction.

Gary L. White, Jr., Ocala, pro se.

No Appearance for Appellee.


WALLIS, J.

      Gary L. White, Jr., petitions this court for a writ of quo warranto.

Because he reiterates the same claims he raised in a prior petition for writ of

prohibition, we deny the petition with prejudice and caution him that abusive, repetitive, malicious, or frivolous filings directed to Marion County Circuit Court Case Numbers 2020-CF-5068, 2021-CF-442, 2021-CF-1091, 2020-CF-5069, 2020-CF-5067 may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. See § 944.279(1), Fla. Stat. (2020); Topps v. State, 865 So. 2d 1253 (Fla. 2004); State v. Spencer, 751 So. 2d 47 (Fla. 1999).

PETITION DENIED, WITH PREJUDICE; APPELLANT CAUTIONED.

MAKAR and MACIVER, JJ., concur.